IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-510-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | O R D E R |
| ) | | |
| ODYSSEY MARKETING GROUP, INC., ) | | |
| RODERICK JAMES MACKENZIE, TERRI) | | |
| A. MACKENZIE, XZONDRIA DENISE ) | | |
| BROWN, AND SONIA IVELISSE ) | | |
| WRIGLESWORTH, ) | | |
| Defendants. ) | | |

This cause comes before the Court on a consent motion by the United States and defendant Xzondria Brown for dismissal of defendant Xzondria Brown without prejudice. Fed. R. Civ. P. 41(a)(2). This matter was previously stayed on the government's request to allow the government to seek an interlocutory appeal of the Court's order granting summary judgment in favor of defendants Odyssey Marketing, Inc., Roderick James Mackenzie, Terri A. Mackenzie, and Ivelisse Wriglesworth. [DE 128]. The government failed to file a notice of appeal, and the time for doing so has expired. Accordingly, the stay in this matter is LIFTED and the clerk is DIRECTED to return this case to the Court's active docket.

In the absence of objection, the consent motion to dismiss the claims against defendant Xzondria Brown without prejudice [DE 139] is GRANTED. As summary judgment was previously granted in favor of the remaining defendants, the clerk is DIRECTED to enter judgment and close the file.

SO ORDERED, this 14 day of November, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE